IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. AMATRONE,

    Plaintiff,                        No. CIV S-08-1831 MCE DAD PS

    vs.

STEVE MESSINA, et al.,              <u>ORDER SETTING STATUS
<br>                                                                     (PRETRIAL SCHEDULING)
<br>    Defendants.                      CONFERENCE</u>

_____/

        Plaintiff is proceeding pro se with a civil rights complaint that was filed in the Solano County Superior Court on May 19, 2008. Eight of the nine named defendants, referring to themselves collectively as "the City Defendants," removed the action to this court on August 6, 2008.[1] The action has been assigned to United States District Judge Morrison C. England, Jr. and has been referred to United States Magistrate Judge Dale A. Drozd pursuant to Local Rule 72-302(c)(21) for all purposes encompassed by that provision.

        The Clerk of the Court has informed plaintiff and the removing defendants that they may also, if all parties consent, proceed before a United States Magistrate Judge for all

---

[1] The City defendants are Steve Messina, Elizabeth Patterson, Bill Whitney, Mark Hughes, Allan Schwartzman, Heather McLaughlin, Damen Golubics, and City of Benicia. These defendants indicate that defendant Steve Ridge is not a City defendant.

purposes while preserving their right to appeal to the Ninth Circuit Court of Appeals.  An appropriate form for consent has been provided.  Any party choosing to consent may complete the form and return it to the Clerk of the Court at any time.  Neither the magistrate judge nor the district judge handling the case will be notified of the filing of a consent form unless and until all parties to the action have filed consent forms.

Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for **September 26, 2008, at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Dale A. Drozd.

2. Each party shall appear at the Status Conference either by counsel or, if proceeding in propria persona, on his or her own behalf.  A party may appear at the conference in person or telephonically.  To arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 no later than three days before the Status (Pretrial Scheduling) Conference.

3. Plaintiff shall file and serve a status report on or before **September 12, 2008,** and defendants shall file and serve a status report on or before **September 19, 2008**.  Each status report shall address all of the following matters:

    a.    Progress of service of process;

    b.    Possible joinder of additional parties;

    c.    Possible amendment of the pleadings;

    d.    Jurisdiction and venue;

    e.    Anticipated motions and the scheduling thereof;

    f.    Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g.    Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

  h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

  i. Whether the case is related to any other case, including matters in bankruptcy;

  j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

  k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

  l. Any other matters that may aid in the just and expeditious disposition of this action.

4.  The pro se plaintiff is informed that failure to file a timely status report or failure to appear at the status conference, either in person or telephonically, may result in a recommendation that this case be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules.  See Local Rules 11-110 and 83-183.

5.  Plaintiff is advised that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant may be dismissed if service of process is not accomplished on the defendant within 120 days from the date the complaint is filed.

6.  The parties who removed this action from state court shall serve a copy of this order upon all parties subsequently joined and shall file and serve a certificate reflecting such service.

DATED: August 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\amatrone1831.ossc