IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. AMATRONE,

    Plaintiff,                        No. CIV S-08-1831 MCE DAD PS

    vs.

STEVE MESSINA, et al.,          ORDER VACATING STATUS
                                               (PRETRIAL SCHEDULING)
    Defendants.                   CONFERENCE

_____/

        Defendants have been directed to re-notice their pending motion before the undersigned. The pro se plaintiff shall appear at the hearing of the motion on his own behalf, and defendants shall appear by counsel. Appearance may be in person or telephonic. Telephonic appearance must be arranged in advance by contacting Pete Buzo, the courtroom deputy of the undersigned, at (916) 930-4128 no later than three days before the hearing. Good cause appearing, IT IS ORDERED that the Status (Pretrial Scheduling) Conference set for September 26, 2008 before the undersigned is vacated pending disposition of defendants' motion.

DATED: September 16, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\amatrone1831.ovsc