IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. AMATRONE,

        Plaintiff,                    No. CIV S-08-1831 MCE DAD PS

    vs.

STEVE MESSINA, et al.,

                                ORDER

        Defendants.

_____/

        On October 10, 2008, plaintiff filed a request to reschedule the hearing of defendants' motion for more definite statement. Plaintiff, who is proceeding pro se, states that he attempted to contact defendants' attorneys about rescheduling and that counsel has not returned his calls. Plaintiff asserts that defendants' attorneys are aware that the hearing date of November 14, 2008 at 10:00 a.m. conflicts with a scheduled hearing in state court in Fairfield on the same date. Defendants' counsel have not responded to plaintiff's request.

        Plaintiff's unopposed request will be granted. Having reviewed defendants' motion and the response filed by plaintiff on September 5, 2008, the undersigned finds that oral argument will not be of material assistance to the court in determining whether plaintiff's complaint is so vague that defendants cannot reasonably be required to frame a responsive pleading. See Fed. R. Civ. P. 12(e). The hearing set for November 14, 2008, will be vacated

1

pursuant to Local Rule 78-230(h), and defendants' motion will be submitted upon the record and briefs on file as of November 7, 2008, when defendants' reply, if any, is due.

Also pending is a motion for injunctive relief filed by plaintiff on October 17, 2008. The motion has not been noticed for hearing, as required by Local Rule 78-230(b), and is not accompanied by any evidence of service by mail on defendants' counsel, as required by Local Rule 5-135(b) and (c). In addition, the motion does not comply with any of the requirements of Local Rule 65-231(d), which sets forth the requirements for motions for preliminary injunctive relief. In particular, plaintiff's three-page motion does not include a brief on all relevant legal issues presented in the motion, and the motion contains no discussion or analysis of the 97 pages of exhibits attached to the motion. Plaintiff has submitted no affidavits in support of the existence of irreparable injury, or any other affidavits in support of the motion. Also absent is a proposed order. Plaintiff's defective motion will be denied without prejudice.

The court notes that plaintiff has filed several documents that are unsigned, in violation of Federal Rule of Civil Procedure 11 and Local Rule 7-131(b). Unsigned documents include plaintiff's response to defendants' motion for more definite statement, plaintiff's request to dismiss defendant Steve Ridge, plaintiff's request to reschedule defendants' motion for more definite statement, and the certificate of service attached to the latter request. Plaintiff is cautioned that unsigned documents submitted for filing in the future will be disregarded. <u>See</u> Local Rule 11-110.

IT IS ORDERED that:

1. Plaintiff's unopposed October 10, 2008 request (Doc. No. 14) to reschedule defendants' motion for more definite statement is granted.

2. The hearing of defendants' motion set for November 14, 2008 before the undersigned is vacated.

3. Defendants' reply, if any, to plaintiff's response to defendants' motion shall be filed and served on or before November 7, 2008.

4. Defendants' amended motion for more definite statement (Doc. No. 13) will be submitted on the record and briefs on file as of November 7, 2008.

5. Plaintiff's motion for injunctive relief (Doc. No. 15) is denied without prejudice.

DATED: November 5, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\amatrone1831.ords