Deborah J. Fox, Esq. (SBN 110929)
dfox@meyersnave.com
Kevin E. Gilbert, Esq. (SBN 209236)
kgilbert@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
333 South Grand Avenue, Suite 1670
Los Angeles, California 90071
Telephone: (213) 626-2906
Facsimile: (213) 626-0215

Attorneys for Defendants
CITY OF BENICIA, *et al.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. AMATRONE,<br><br>        Plaintiff,<br><br>   v.<br><br>STEVE MESSINA; ELIZABETH PATTERSON; BILL WHITNEY; MARK HUGHES; ALLAN SCHWARTZMAN; HEATHER MCLAUGHLIN; DAMEN GOLUBICS; STEVE RIDGE; CITY OF BENICIA, DOES 1-50,<br><br>        Defendants. | CASE NO. 2:08-CV-01831-MCE-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

The parties hereby stipulate and request the Court enter an order continuing the pending Status Conference currently set for February 5, 2010 at 11:00 am before Magistrate Judge Drozd to March 5, 2010 at 10:00 am in Courtroom 27 of the above-referenced Court.

Dated: February 4, 2010  By:  /s/  Robert P. Amatrone
                              Robert P. Amatrone
                              Plaintiff

Dated: February 4, 2010  By:  /s/  Kevin E. Gilbert
                              Kevin E. Gilbert, Esq.
                              Attorneys for Defendants
                              City of Benicia, *et al.*

## ORDER

Good cause appearing, the Court hereby approves the Stipulation of the parties and continues the February 5, 2010 Status Conference to March 5, 2010 at **11:00 am** in Courtroom 27 of the above-referenced Court.

**IT IS SO ORDERED.**

Dated: February 4, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.prose/amatrone1831.contstatus

---

Stipulation and [Proposed] Order to Continue Status Conference [08-CV-01831-MCE-DAD]

1

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES** |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Alameda, State of California. My business address is 555 12th Street, Suite 1500, Oakland, California 94607.

On February 4, 2010, I served true copies of the following document(s):

- **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

on the interested parties in this action as follows:

> **Robert Amatrone**
> **691 Silverado Trail South**
> **St. Helena, CA 94574**
> **(925) 765-5095**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the person listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Meyers, Nave, Riback, Silver & Wilson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 4, 2010, at Oakland, California.

/s/
Elena D. LaBella