IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. AMATRONE,

     Plaintiff,                         No. CIV S-08-1831 MCE DAD PS

    vs.

STEVE MESSINA, et al.,

                                 ORDER

     Defendants.

_____/

        This matter came before the court on March 5, 2010, for hearing of defendants' February 1, 2010 motion to dismiss for failure to prosecute or, in the alternative, motion to compel responses to written discovery and request for sanctions. The matter was also on calendar for a Status (Pretrial Scheduling) Conference pursuant to the court's order filed October 6, 2009 and subsequent orders continuing the scheduling conference. Plaintiff Robert P. Amatrone, proceeding with this action pro se, appeared on his own behalf. Kevin E. Gilbert, Esq. appeared on behalf of the City of Benicia defendants.

        For the reasons stated in open court, the undersigned deemed that there was evidence that timely responses to defendants' discovery requests were served by plaintiff but were not received by defendants' counsel. Plaintiff was therefore directed to obtain copies of defendants' discovery requests from the Clerk's Office, if he did not retain the copies he received

as attachments to defendants' motion, and to serve new responses as set forth below.  A Status (Pretrial Scheduling) Order will be issued separately.

IT IS ORDERED that:

1. Defendants' February 1, 2010 motion (Doc. No. 26) is denied.

2. Plaintiff shall serve new responses to all of defendants' discovery requests within 21 days after March 5, 2010; the responses shall be served by certified mail upon defendants' counsel at either of defendants' addresses of record.

DATED: March 5, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\amatrone1831.oah.030510