IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. AMATRONE,

    Plaintiff,                              No. CIV S-08-1831 MCE DAD PS

    vs.

STEVE MESSINA, et al.,

                                     ORDER

    Defendants.

_____/

        This matter came before the court on July 16, 2010, for hearing of defendants' June 15, 2010 motion for summary judgment or, in the alternative, for summary adjudication. Plaintiff Robert P. Amatrone, proceeding with this action pro se, appeared on his own behalf. Deborah J. Fox, Esq. appeared on behalf of the City of Benicia defendants.

        For the reasons stated in open court, the undersigned denied plaintiff's unnoticed motion to remove Deborah Fox as one of defendants' attorneys of record and overruled plaintiff's objection to defendants' summary judgment motion. The hearing of defendants' motion was continued, as set forth below.

        IT IS ORDERED that:

        1. Plaintiff's motion to remove Deborah Fox as an attorney of record (Doc. No. 44) is denied;

1

        2. Plaintiff's untimely objections to defendants' motion for summary judgment (Doc. No. 45) are overruled;

        3. The hearing of defendants' motion for summary judgment or, in the alternative, for summary adjudication (Doc. No. 35) is continued to September 3, 2010, at 10:00 a..m. before the undersigned with telephonic appearance authorised;

        4. Plaintiff's opposition to defendants' motion for summary judgment or summary adjudication shall be filed and served on or before August 13, 2010; the filing must be titled "Opposition," must include proof of service on defendants' counsel, and must comply fully with the requirements of Local Rule 260(b); and

        5. Any reply to plaintiff's opposition shall be filed and served on or before August 23, 2010.

DATED: July 16, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\amatrone1831.oah.071610