1  Deborah J. Fox (SBN 110929)
   dfox@meyersnave.com
2  Margaret W. Rosequist (SBN 203790)
3  mrosequist@meyersnave.com
   MEYERS, NAVE, RIBACK, SILVER & WILSON
4  333 South Grand Avenue, Suite 1670
   Los Angeles, California 90071
5  Telephone: (213) 626-2906
   Facsimile: (213) 626-0215
6
7  Attorneys for Defendants
   CITY OF BENICIA, *et al.*
8

9               UNITED STATES DISTRICT COURT
10              EASTERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  ROBERT P. AMATRONE, | CASE NO. 2:08-CV-1831-MCE-DAD PS |
| 13       Plaintiff, | STIPULATION OF DISMISSAL; AND ORDER THEREON |
| 14  v. | |
| 15 | |
| 16  STEVE MESSINA; ELIZABETH PATTERSON; BILL WHITNEY; | Hon. Dale A. Drozd |
| 17  MARK HUGHES; ALLAN SCHWARTZMAN; HEATHER | |
| 18  MCLAUGHLIN; DAMEN | |
| 19  GOLUBICS; STEVE RIDGE; CITY OF BENICIA, DOES 1-50, | |
| 20 | |
| 21       Defendants. | |

2:08-CV-01831-MCE-DAD                              STIPULATION OF DISMISSAL AND ORDER

1  Plaintiff Robert P. Amatrone, acting *in pro per,* and all remaining Defendants
2  in the action,[1] namely Steve Messina, Elizabeth Patterson, Bill Whitney, Mark
3  Hughes, Allan Schwartzman, Heather McLaughlin, Damen Golubics, and City of
4  Benicia, by and through their attorneys, agree and stipulate that the case entitled
5  *Robert P. Amatrone v. Steve Messina; Elizabeth Patterson; Bill Whitney; Mark*
6  *Hughes; Allan Schwartzman; Heather McLaughlin; Damen Golubics; Steve Ridge;*
7  *City of Benicia, Does 1-50,* United States District Court, Eastern District of
8  California, Case No. 2:08-CV-01831-MCE-DAD, including all claims,
9  counterclaims, parties and causes of action, be dismissed with prejudice pursuant to
10 Rule 41 of the Federal Rules of Civil Procedure, with all parties to bear their
11 respective attorneys' fees and costs.

13 IT IS SO STIPULATED.

15 DATED: August 31, 2010    By: /s/ Robert P. Amatrone*
                              ROBERT P. AMATRONE
                              Plaintiff *in pro per*
                              *Signature retained by attorney Deborah Fox

19 DATED: September 1, 2010  MEYERS, NAVE, RIBACK, SILVER & WILSON

21                            By: /s/ Deborah J. Fox
                              DEBORAH J. FOX
                              Attorneys for Defendants
                              CITY OF BENICIA, *et al.*

---

[1] Steve Ridge, originally named as a defendant, was dismissed from the case on September 5, 2008.

# ORDER

Pursuant to the stipulation of the parties, the above entitled action is hereby dismissed with prejudice, with all parties to bear their respective fees and costs.

DATED: September 2, 2010.

*Dale A. Drozd*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/Ddad1/orders.prose/amatrone1831.stip.dismissal.doc